**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McKinney, John Donell** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McKinney, Pamela** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0895** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-9728** |
| Street Address of Debtor (No. & Street, City, and State):<br>**2205 Crane Street**<br>**Evanston, IL**          ZIP Code **60202** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**2205 Crane Street**<br>**Evanston, IL**          ZIP Code **60202** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor** (Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check all applicable boxes.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>■ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>■ Consumer/Non-Business   ☐ Business |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information**                                                                                THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)     FORM B1, Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**McKinney, John Donell**
**McKinney, Pamela**

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **Northern District of Illinois** | Case Number: **00B10686** | Date Filed: **4/07/00** |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

X **/s/ Jeffrey L. Benson**      **May 8, 2006**
Signature of Attorney for Debtor(s)     Date
**Jeffrey L. Benson 6203738**

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**McKinney, John Donell**
**McKinney, Pamela**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ John Donell McKinney**
Signature of Debtor  **John Donell McKinney**

**X  /s/ Pamela McKinney**
Signature of Joint Debtor  **Pamela McKinney**

_____
Telephone Number (If not represented by attorney)

**May  8, 2006**
Date

### Signature of Attorney

**X  /s/ Jeffrey L. Benson**
Signature of Attorney for Debtor(s)

**Jeffrey L. Benson 6203738**
Printed Name of Attorney for Debtor(s)

**Law Offices of Jeffrey L. Benson**
Firm Name

**3337 W. 95th Street**
**#2**
**Evergreen Park, IL 60805**

Address

            **Email: jeffrey-benson@sbcglobal.net**
**312-607-0048  Fax: 708-499-1940**
Telephone Number

**May  8, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form B6D
(10/05)

In re **John Donell McKinney,**
**Pamela McKinney**
_____,
Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1002773397** **Chrysler Financial** PO Box 2993 Milwaukee, WI 53201 | | J | **2/04** **Automobile Purchase** **2003 Dodge Caravan SE  --15,910 miles** Value $  **14,500.00** | | | | **14,321.00** | **0.00** |
| Account No. **500001056636** **HSBC Auto Finance** P.O. Box 17548 Baltimore, MD 21297 | | J | **5/02** **Automobile Purchase** **1999 Dodge Caravan -- 90,000 miles** Value $  **3,837.00** | | | | **3,482.00** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)  **17,803.00**

Total (Report on Summary of Schedules)  **17,803.00**

Active Credit Services
P.O. Box 22329
Portland, OR 97269


Americash Loans
1806 Dempster
Evanston, IL 60602


Americash Loans
1806 Dempster
Evanston, IL 60602


Americash Loans
1806 Dempster
Evanston, IL 60602


AT&T
P.O. Box 8212
Aurora, IL 60572


AT&T Wireless
P.O. Box 8220
Aurora, IL 60572


AT&T Wireless
c/o Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY 11735


Biehl & Biehl INC.
PO Box 66415
Chicago, IL 60666


Blockbuster Video
c/o CRA Security Systems
P.O. Box 67555
Harrisburg, PA 17106


Boyajian Law Offices
201 Route 17 North
5th Floor
Rutherford, NJ 07070

CB Accounts Inc.
Dept. 0102
P.O. Box 50
Arrowsmith, IL 61722


CBE Group
Box 3251
Milwaukee, WI 53201


Chicago Tribune
P.O. Box 6490
Subscriber Billing
Chicago, IL 60680


Chrysler Financial
PO Box 2993
Milwaukee, WI 53201


Cingular Wireless
P.O. Box 8229
Aurora, IL 60572


City of Evanston Water Department
2205 Crain Street
Evanston, IL 60202


ComEd
Bill Payment Center
Chicago, IL 60668


Corporate America Fam. Credit Union
2075 Big Timber Rd.
Elgin, IL 60123


Dish Network
Dept. 9235
Palatine, IL 60055


Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255


ENH Med. Group Specialty Practice
2319 Network Place
Chicago, IL 60673

ENH Med. Group Specialty Practice
2319 Network Place
Chicago, IL 60673

ENH Med. Group Specialty Practice
2319 Network Place
Chicago, IL 60673

ENH Medical Group
Dept. 77-9532
Chicago, IL 60678

ENH Radiology
c/o Illinois Collection Service
P.O. Box 646
Oak Lawn, IL 60454

Evanston Northwestern Healthcare
Dept. 77-9532
Chicago, IL 60678-9532

Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117

Household Bank
Dept. 7680
Carol Stream, IL 60116

HSBC Auto Finance
P.O. Box 17548
Baltimore, MD 21297

IL Bone & Joint Institute
135 S. LaSalle
Dpt. 1052
Chicago, IL 60674

Illinois Collection
P.O. Box 646
Oak Lawn, IL 60453

```
Inovision
110 Glen St.
Glens Falls, NY 12801


Inovision
PO Box 8529
Philadelphia, PA 19101


Law Offices of Smith & Assoc.
1000 Abernathy Road
Building 400, Ste. 155
Atlanta, GA 30328


Mississippi Dept. of Revenue



Mississippi State Tax
c/o Aman Collection Service, Inc.
P.O. Box 231
Aberdeen, SD 57402-0231


National Magazine Exchange
P.O. Box 9083
Clearwater, FL 33758


NCO Financial Systems
P.O. Box 41457
Philadelphia, PA 19101


Nicor Gas
PO Box 2020
Aurora, IL 60507-2020


North Shore Pathology Consultants
Dept. 77-9277
Chicago, IL 60678


Northshore Anesthesiologists
P.O. Box 570
Lake Forest, IL 60045


Northwest Metro Urology Assoc.
Slot 302152
P.O. Box 66973
Chicago, IL 60666
```

```
Orchard Bank -- Bankcard Services
P.O. Box 17051
Baltimore, MD 21297


OSI Collection Services
PO Box 959
Brookfield, WI 53008


Pinacle Management Services, Inc.
514 Market Loop
Ste. 103
Dundee, IL 60118


Prairie Emergency Group, Ltd
c/o Eagle Recovery Associates, Inc.
424 SW Washington Street, 3rd Floor
Peoria, IL 61602


Prairie Emergency Group, Ltd.
P.O. Box 95968
Oklahoma City, OK 73143


Revenue Production Managment
P.O. Box 830913
Birmingham, AL 35283


Saint Francis Hospital -- Evanston
P.O. Box 220283
Chicago, IL 60622


Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773


SBC
60663 SBC Drive
Chicago, IL 60663


Scholastic
c/o North Shore Agency-NWD-52
P.O. Box 8901
Westbury, NY 11590
```

```
Sir Finance
6140 N. Lincoln Ave.
Chicago, IL 60659


Social Security Administration
Windson Park Building
6501 Security Blvd.
Baltimore, MD 21235


T-Mobile
PO Box 742596
Cincinnati, OH 45274


USTEL
P.O. Box 9
Hubbard, OR 97032
```